[No. 1049.   Decided October 20, 1893.]

TOWN OF MEDICAL LAKE, *Respondent*, v. J. M. LANDIS *et al.*, *Appellants*.

[No. 1048.   Decided October 20, 1893.]

TOWN OF MEDICAL LAKE, *Respondent*, v. J. M. LANDIS *et ux.*, *Appellants*.

*Appeal from Superior Court, Spokane County.*

*Prather & Danson*, for appellants.

*Jones, Belt & Quinn*, for respondent.

HOYT, J.— These two cases present the same questions decided in the case of *Town of Medical Lake v. Smith, ante*, p. 195, and for the reasons therein given the judgments herein must be reversed, and the causes remanded with instructions to dismiss the actions.

DUNBAR, C. J., and STILES, ANDERS and SCOTT, JJ., concur.

---

[No. 951.   Decided November 22, 1893.]

CHARLES H. HOLM, *Appellant*, v. CHARLES GILCHRIST *et al.*, *Respondents*.

*Appeal from Superior Court, Pacific County.*

*Fulton Bros*, for appellant.

*Arthur, Lindsay & King*, for respondents.

STILES, J.— This was an equity case, and upon the 4th day of January, 1893, the judge who tried the cause made a certificate to a statement of facts on appeal, stating that it contained all the testimony and objections and exceptions to the acceptance and rejection of testimony.   This is precisely the state of facts passed upon in *Clark-Harris Company v. Douthitt*, 4 Wash. 465 (30 Pac. Rep. 744).

The motion to strike must, therefore, prevail, and the appeal be dismissed.

DUNBAR, C. J., and HOYT, SCOTT and ANDERS, JJ., concur.